UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2202(JMR/FLN)

| | | |
|---|---|---|
| Stan J. Leino | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Lynda Nelson et al. | ) | |

Plaintiff, acting pro se, seeks a continuance based on a medical condition he feels prevents him from adequately representing himself in this matter. Defendants do not oppose a continuance, but seek a determination on the merits with all due speed.

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

1. Plaintiff shall have 45 days from the date of this Order to either (a) file with the Court a Notice of Appearance for counsel he has retained to represent him in this matter, or (b) file with the Court a sworn affidavit that he will act as his own attorney and will prosecute the action.

2. If, after 45 days from the date of this Order, plaintiff fails to file either the Notice of Appearance or the affidavit described above, the Court shall dismiss this action with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: February 2nd, 2001

JAMES M. ROSENBAUM
United States District Judge

FEB 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD